IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GENESIS ALKALI, LLC,<br><br>Plaintiff,<br><br>VS.<br><br>UNITED STEEL PAPER AND FORESTRY RUBBER MANUFACTURING ENERGY ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION LOCAL 13214,<br><br>Defendant, | Case No. 23-CV-131 |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the parties' joint Stipulated Motion to Dismiss with Prejudice (ECF No. 30), and it appearing proper to do so pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

ORDERED that this matter be dismissed with prejudice.

Dated this 11th day of December, 2023.

Scott W. Skavdahl
United States District Judge